Daniei, J.
 

 The court cannot make any order in the cause, that the defendant shall interplead. Neither the next of kin nor the heirs at law, according to the plaintiff’s own shewing, have any possible interest in the trust fund. If the emancipation of the slaves Creecy and Aaron should fail, then the real and personal estate divised to Ellison and Kemp, in trust for Creecy and Aaron, on the event of their emancipation, is to be no longer held by them in trust ; but is to be then the unconditional property of the said Ellison and Kemp. Secondly; the two slaves Creecy and Aaron are not before the court, either by the Attorney General or any relators. We therefore cannot, in the present state of the pleadings, pronounce any opinion, whether the .executor, by taking on himself the trusts of the will, is or is not compelled to give the bond required by the act of Assembly, in case the slaves are willing on their part to comply with the act.
 

 The bill seems to have been framed to enable the executor to administer the estate, with the apparent sanction of the .court to his refusal to take the proper steps to emancipate the slaves, and, at the same time, without putting it in the power of the'court to require him to do it, if it should be deemed his duty. Such a bill cannot be entertained. It must, therefore, be dismissed with costs, as to the defendants,
 
 *126
 
 who are the next of kin and heirs. Costs would also be to Kemp and Ellison, if there were not reason to believe, that they assented to this mode of proceeding; since their answer is received without being sworn to, and they would have the benefit of allowing the executor thus to evade the enquiry, whether he had duly endeavored to procure the emancipation of the negroes, or allowed them or other persons for them to do so.
 

 Per Curiam, Bill dismissed.